| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Atlantic Radio Telephone, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | 23-15483 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Sky Network 5353 Mission Center Road Suite 222 San Diego, CA 92108 | | | | | | $76,834.61 |
| Connecta Satellite Solutions, LLC 2830 Shelter Island Drive San Diego, CA 92106 | | | | | | $82,000.00 |
| Federal Express 942 S. Shady Grove Road Memphis, TN 38120 | | | | | | $42,849.65 |
| FLIR Maritime US, Inc. 110 Lowell Road Hudson, NH 03051 | | | | | | $16,952.35 |
| Furuno USA, Inc. 4400 NW Pacific Rim Blvd. Camas, WA 98607 | | | | | | $133,454.28 |
| Garmin, US 1200 E 151st Street Olathe, KS 66062 | | | | | | $36,554.10 |
| Icom America, Inc. 12421 Willows Road NE Kirkland, WA 98034 | | | | | | $23,814.48 |
| Immarsat Solutions US, Inc. 2598 E Sunrise Blvd. Suite 210A Fort Lauderdale, FL 33304 | | | | | | $22,610.66 |

Debtor  **Atlantic Radio Telephone, Inc.**                                    Case number *(if known)*  **23-15483**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Intellian Technologies US, LLC<br>3172 N. Andrews Ave Ext<br>Pompano Beach, FL 33064 | | | | | | $16,007.00 |
| Iridium Satellite, LLC<br>1750 Tysons Blvd.<br>Suite 100<br>Mc Lean, VA 22102 | | | | | | $474,045.00 |
| KVH Industries, Inc.<br>50 Enterprise Center<br>Middletown, RI 02842 | | | | | | $142,649.95 |
| Marlink, Inc.<br>3327 Sam Houston Pkwy E<br>Houston, TX 77047 | | | | | | $28,777.87 |
| MetOcean Telematics<br>21 Thornhill Drive<br>Dartmouth, NS B3B 1R9 | | | | | | $27,403.61 |
| Navico<br>4500 S 129th East Avenue<br>Suite 200<br>Tulsa, OK 74134 | | | | | | $19,058.35 |
| Network Innovations US, Inc.<br>4424 Manilla Road SE<br>Calgary, Alberta T2G 4B7 | | | | | | $1,424,969.07 |
| Oracle<br>2300 Oracle Way<br>Austin, TX 78741 | | | | | | $27,739.12 |
| Pivotel-MVS USA, Inc.<br>2 Oakwood Blvd.<br>Suite 200<br>Hollywood, FL 33020 | | | | | | $282,611.07 |
| Rave Infosys, Inc.<br>3111 N University Drive<br>Suite 604<br>Pompano Beach, FL 33065 | | | | | | $26,895.00 |

| Debtor | Atlantic Radio Telephone, Inc. | | | Case number *(if known)* | 23-15483 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Satcom Global, Inc.**<br>**Tanners Bank**<br>**North Shields NE30 1JH**<br>**United Kingdom** | | | | | | $20,414.97 |
| **Viasat, Inc.**<br>**6155 El Camino Real**<br>**Carlsbad, CA 92009** | | | | | | $26,179.87 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3