# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MAIMI DIVISION

| | |
|---|---|
| IN RE:<br><br>ATLANTIC RADIO TELEPHONE, INC.,<br><br>Debtor. | CASE NO. 23-15483-LMI<br><br>CHAPTER 11 |

## MOTION FOR ORDER EXTENDING CERTAIN DEADLINES PERTAINING TO HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION

ATLANTIC RADIO TELEPHONE, INC., by and through its undersigned counsel, and pursuant to the provisions of 11 U.S.C. § 105, files this *Motion for Order Extending Certain Deadlines Pertaining to Hearing to Consider Confirmation of Debtor's Plan of Reorganization* (the "Motion"), and in support thereof, states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding as defined in 28 U.S.C. §157(b)(2)(A).

2. The statutory predicates for the relief requested herein are 11 U.S.C. § 105.

### BACKGROUND

3. On July 13, 2023 (the "Petition Date"), the Debtor commenced this Chapter 11 proceeding by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code.

4. On October 13, 2023, the Debtor filed its *Plan of Reorganization* [ECF No. 65] (the "Plan").

5. On October 13, 2023, the Court issued the *Order (I) Setting Hearing on Confirmation of Subchapter V Plan; (II) Setting Hearing on Fee Applications; (III) Setting Various Deadlines; and (IV) Describing Debtor's Obligations* [ECF No. 66] (the "Scheduling Order").

6. In accordance with the Scheduling Order, the hearing to consider confirmation of the Plan (the "Confirmation Hearing") was originally scheduled for December 13, 2023. However, the Confirmation Hearing was subsequently continued, and is currently scheduled for January 31, 2024, at 2:00 p.m. *See* ECF Nos. 108 and 113.

7. As the Confirmation Hearing is currently scheduled for January 31, 2024, the deadline (the "Deadline") to file (a) the Proponent's Report and Confirmation Affidavit, and (b) exhibit registers and exhibits, is January 26, 2024.

8. The Debtor recently participated in a settlement conference with the Sub-V Trustee and other creditors, which resulted in a term sheet resolving disputes between the Debtor and other parties. A term sheet has been drafted and is in the process of being revised.

9. At this point, the Debtor has received an offer to acquire substantially all of its assets, which, at this point, is expected to result in creditors being paid in full. The offeror is undertaking due diligence, and it is anticipated that the offer will be a stalking horse bid.

10. As a result, the Debtor will request that the Confirmation Hearing be treated as a status conference, and that the Confirmation Hearing be continued.

**REQUESTED RELIEF**

11. The Debtor respectfully requests that the Deadline be continued to coincide with a rescheduled Confirmation Hearing.

12. Good and sufficient cause exists in support of a continuation of the Deadline.

13. The Debtor anticipates filing a motion for authority to approve the sale of substantially all of its assets, a stalking horse bid, and other related notices and procedures.

14. Although the Confirmation Hearing is currently scheduled for January 31, 2024, the Debtor will be requesting that the Court hold a status conference, instead, and, therefore, the Debtor requests an extension of the Deadline to coincide with a continued Confirmation Hearing, if necessary.

15. There is no prejudice to creditors in the event the relief requested is granted.

16. Continuation of the Confirmation Hearing and extension of the Deadline may result in a sale of the Debtor's assets and payment in full to creditors.

**WHEREFORE,** the Debtor respectfully requests that the Court grant this Motion and enter an order extending the Deadline to a date that is three (3) business days prior to any continued Confirmation Hearing, as well as granting any other and further relief that the Court may deem just and proper.

> **SEESE, P.A.**
> 101 N.E. 3rd Avenue
> Suite 1500
> Ft. Lauderdale, Florida 33301
> Telephone No.: (954) 745-5897
> mseese@seeselaw.com
>
> By: _____*s/Michael D. Seese*_____
>      Michael D. Seese, Esq.
>      Fla. Bar No. 997323
>
> *Attorneys for Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been served electronically *via* CM/ECF upon all parties entitled to receive electronic notice on the date filed.

                                                 */s/ Michael D. Seese, Esq.*
                                                     Michael D. Seese
                                                     (FBN 997323)