# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MAIMI DIVISION

| IN RE: | CASE NO. 23-15483-LMI |
|---|---|
| ATLANTIC RADIO TELEPHONE, INC., | CHAPTER 11 |
| Debtor. | |

### NOTICE OF FILING
### SCHEDULE OF EXECUTORY CONTRACTS
### AND UNEXPIRED LEASES AND ESTIMATED CURE AMOUNTS

**PLEASE TAKE NOTICE** that ATLANTIC RADIO TELEPHONE, INC., by and through undersigned counsel, hereby files the *Schedule of Executory Contracts and Unexpired Leases, and Estimated Cure Amounts* (the "Schedule"). The attached schedule is filed in accordance with the "Bid Procedures" approved by the Court's *Order (I) Approving (A) Stalking Horse Bid; (B) Break-Up Fee; (C) Form of Asset Purchase Agreement; (D) Procedures Governing Assumption and Assignment of Executory Contracts and Unexpired Leases; (E) Bid Procedures; (F) Form and Manner of Notice; and (II) Scheduling Sale Hearing;* [ECF No. 179].

**DATED:** May 6, 2024.

        **SEESE, P.A.**
        101 N.E. 3rd Avenue
        Suite 1500
        Fort Lauderdale, Florida 33301
        Telephone No.: (954) 745-5897
        mseese@seeselaw.com

        By: _____*s/Michael D. Seese*_____
              Michael D. Seese, Esq.
              Fla. Bar No. 997323

        *Attorneys for Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been served electronically *via* CM/ECF upon all parties entitled to receive electronic notice on the date filed.

                                          */s/ Michael D. Seese, Esq.*
                                            Michael D. Seese
                                            (FBN 997323)

**SCHEDULE OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES AND ESTIMATED CURE AMOUNTS**

| *Name of Counterparty* | *Type of Agreement* | *Estimated Amount to Cure (Pre- and Post-Petition)* |
|---|---|---|
| AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-0752 | Internet | $0.00 |
| Digital Skies, LLC<br>4611 S. University Drive #454<br>Fort Lauderdale, FL 33328 | Airtime Billing | $6,765.00 |
| Furuno USA, Inc.<br>4400 NW Pacific Rim Blvd<br>Camas, WA 98607 | Equipment | $133,454.28 |
| Hologram<br>2045 W. Grand Avenue<br>Chicago, IL 60612 | Cellular Airtime | $0.00 |
| Icom America, Inc.<br>12421 Willows Road NE<br>Kirkland, WA 98034 | Equipment | $23,814.48 |

1

| | | |
|---|---|---|
| Inmarsat Solutions US, Inc.<br>2598 E. Sunrise Blvd.<br>Suite 210A<br>Fort Lauderdale, FL 33304 | Satellite Airtime | $22,798.19 (pre-)<br>$4,105.42 (post-) |
| Iridium Satellite, LLC<br>1750 Tysons Blvd.<br>Suite 1400<br>McLean, VA 22101 | Equipment and Airtime Services | $920,067.03 (pre-)<br>$203,427.22 (post-) |
| KVH Industries, Inc.<br>50 Enterprise Center<br>Middletown, RI 02842 | Hardware and Airtime Services | $97,026.84 (pre-)<br>$36,959.25 (post-) |
| Marlink, Inc.<br>3327 Sam Houston Pkwy E<br>Houston, TX 77047<br><br>Marlink, Inc.<br>3327 S. Sam Houston Pkwy E<br>Houston, TX 77047 | Satellite Airtime | $28,777.87 (pre-)<br>$14,087.83 (post-) |
| Network Innovations US, Inc.<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 S.E. 2nd Street<br>Suite 3105<br>Miami, FL 33131 | Hardware and Airtime Services | $1,326,738.25 (pre-)<br>$318,423.13 (post-) |

2

| | | |
|---|---|---|
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105 | Netsuite Software | $25,928.44 (pre-)<br>$33,173.78 (post-) |
| Remote Data Sensing, LLC<br>2668 Jericho Road<br>Maryville, TN 37803 | VMS Equipment | $1,200.00 |
| Ring Central, Inc.<br>20 Davis Drive<br>Belmont, CA 94002 | Phone System | $0.00 |
| Viasat, Inc.<br>6155 El Camino Real<br>Carlsbad, CA 92009 | Airtime Services | $22,056.33 |
| Customer Contracts | Satellite Airtime | $0.00 |

*Notes*:

1. The Debtor reserves the right to amend this Schedule, including, without limitation, (a) removing any agreement on the basis that such agreement is *not* an executory contract or unexpired lease, or (b) amending any amount disclosed herein.

2. The Debtor reserves and does *not* waive any claim, objection, or right of offset with respect to any agreement included on this Schedule.

3. Customer contracts may *not* be executory contracts. Nothing contained herein is either intended or should be construed as an admission by the Debtor that any such agreement is an executory contract.

3