UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION

| IN RE: | CASE NO. 23-15483-LMI |
|---|---|
| ATLANTIC RADIO TELEPHONE, INC., | CHAPTER 11 |
| Debtor. | |

**NOTICE OF FILING**
***AMENDED* SCHEDULE OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES AND ESTIMATED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that ATLANTIC RADIO TELEPHONE, INC., by and through undersigned counsel, hereby files the *Amended Schedule of Executory Contracts and Unexpired Leases, and Estimated Cure Amounts* (the "Schedule"). The attached schedule is filed in accordance with the "Bid Procedures" approved by the Court's *Order (I) Approving (A) Stalking Horse Bid; (B) Break-Up Fee; (C) Form of Asset Purchase Agreement; (D) Procedures Governing Assumption and Assignment of Executory Contracts and Unexpired Leases; (E) Bid Procedures; (F) Form and Manner of Notice; and (II) Scheduling Sale Hearing;* [ECF No. 179] and amends the *Schedule of Executory Contracts and Unexpired Leases, and Estimated Cure Amounts* [ECF No. 185] filed with the Court on May 6, 2024.

**DATED:**  May 15, 2024.

                **SEESE, P.A.**
                101 N.E. 3rd Avenue
                Suite 1500
                Fort Lauderdale, Florida 33301
                Telephone No.: (954) 745-5897
                mseese@seeselaw.com

            By:  *s/Michael D. Seese*
                Michael D. Seese, Esq.
                Fla. Bar No. 997323
                *Attorneys for Debtor-in-Possession*

## *AMENDED*[1]
## SCHEDULE OF EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES AND ESTIMATED CURE AMOUNTS

| *Name of Counterparty* | *Type of Agreement* | *Estimated Amount to Cure (Pre- and Post-Petition)* |
|---|---|---|
| ACR Electronics *<br>5757 Ravenswood Road<br>Fort Lauderdale, FL 33312 | Equipment and Airtime | $11,936.67 |
| Adobe *<br>345 Park Avenue<br>San Jose, CA 95110 | Software | $0.00 |
| AdvanceTec Industries *<br>1150 NW 163rd Drive<br>Miami, FL 33169 | Equipment | $0.00 |
| Antcom Corporation *<br>367 Van Nexx Way<br>Suite 602<br>Torrance, CA 90501 | Equipment | $2,339.00 |
| AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-0752 | Internet | $0.00 |

---

[1] The additional agreements are denoted by (*).

1

| | | |
|---|---|---|
| Business Fusion *<br>14205 SE 36th Street<br>Suite 100<br>Bellevue, WA 98006 | Billing Software | $0.00 |
| Digital Skies, LLC<br>4611 S. University Drive<br>#454<br>Fort Lauderdale, FL 33328 | Airtime Billing | $6,765.00 |
| DOT Digital *<br>1261 Broadway<br>Suite 306<br>New York, NY 10001 | Software | $0.00 |
| Formsite *<br>11671 Lantern Road<br>Suite 300<br>Fishers, IN 46038 | Software | $0.00 |
| Frontier US Computer Corp. *<br>1275 Business Park Drive<br>Traverse City, MI 49686 | Equipment | $0.00 |
| Furuno USA, Inc.<br>4400 NW Pacific Rim Blvd<br>Camas, WA 98607 | Equipment | $133,454.28 |

2

| | | |
|---|---|---|
| GlobalStar USA, LLC *<br>1351 Holiday Square Blvd.<br>Covington, LA 70433 | Airtime | $0.00 (pre)<br>$3,988.13 (post) |
| GSE (SatCollect) *<br>2429 SW 44th Terrace<br>Fort Lauderdale, FL 33317 | Airtime Services | $10,689.42 (pre)<br>$2,596.63 (post) |
| Hologram<br>2045 W. Grand Avenue<br>Chicago, IL 60612 | Cellular Airtime | $0.00 |
| Icom America, Inc.<br>12421 Willows Road NE<br>Kirkland, WA 98034 | Equipment | $23,814.48 |
| Inmarsat Solutions US, Inc.<br>2598 E. Sunrise Blvd.<br>Suite 210A<br>Fort Lauderdale, FL 33304 | Satellite Airtime | $22,798.19 (pre-)<br>$4,105.42 (post-) |
| Iridium Satellite, LLC<br>1750 Tysons Blvd.<br>Suite 1400<br>McLean, VA 22101 | Equipment and Airtime Services | $920,067.03 (pre-)<br>$203,427.22 (post-) |

3

| Creditor | Service | Amount |
|---|---|---|
| KVH Industries, Inc.<br>50 Enterprise Center<br>Middletown, RI 02842 | Hardware and Airtime Services | $97,026.84 (pre-)<br>$36,959.25 (post-) |
| Magento *<br>345 Park Avenue<br>San Jose, CA 95110 | Software (Web hosting) | $0.00 |
| Marlink, Inc.<br>3327 Sam Houston Pkwy E<br>Houston, TX 77047<br><br>Marlink, Inc.<br>3327 S. Sam Houston Pkwy E<br>Houston, TX 77047 | Satellite Airtime | $28,777.87 (pre-)<br>$14,087.83 (post-) |
| MetOcean Telematics *<br>21 Thornhill Drive<br>Dartmouth, NS B3B 1R9<br><br>MetOcean Telematics *<br>4296 Forbes Blvd.<br>Lanham, MD 20706 | Satellite Airtime | $0.00 |
| Microsoft *<br>One Microsoft Way<br>Redmond, WA 98052 | Software | $0.00 |

4

| | | |
|---|---|---|
| Network Innovations US, Inc.<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 S.E. 2nd Street<br>Suite 3105<br>Miami, FL 33131 | Hardware and Airtime Services | $1,326,738.25 (pre-)<br>$318,423.13 (post-) |
| Nexcess *<br>2703 Ena Drive<br>Lansing, MI 48917 | Web hosting | $0.00 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105 | Netsuite Software | $25,928.44 (pre-)<br>$33,173.78 (post-) |
| PandaDoc *<br>3739 Balboa Street<br>San Francisco, CA 94121 | Software | $0.00 |
| Rave Infosys, Inc. *<br>3111 N. University Drive<br>Suite 604<br>Pompano Beach, FL 33065 | IT Services | $27,345.00 (pre)<br>$2,400.00 (post) |
| Remote Data Sensing, LLC<br>2668 Jericho Road<br>Maryville, TN 37803 | VMS Equipment | $1,200.00 |

5

| Vendor | Service | Amount |
|---|---|---|
| Pivotel Solutions, Inc. *<br>(Pivotel-MVS USA, Inc.)<br>2 Oakwood Boulevard<br>Suite 200<br>Hollywood, FL 33020 | Satellite Airtime | $256,300.08 (pre)<br>$81,086.30 (post) |
| Ring Central, Inc.<br>20 Davis Drive<br>Belmont, CA 94002 | Phone System | $0.00 |
| Satcom Global, Inc *<br>Tanners Bank<br>North Shields NE30 1JH<br>United Kingdom<br>emea@satcomglobal.com | Satellite Airtime | $53,827.96 (pre)<br>$9,261.50 (post) |
| SendGrid *<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105 | Software | $0.00 |
| ShopperApproved *<br>155 31st Street<br>Ogden, UT 84401 | Software | $0.00 |

6

| | | |
|---|---|---|
| Two10 Degrees *<br>1 Brabazon Business Park<br>Golf Course Lane<br>Filton Bristol Avon<br><br>Nova Systems *<br>(fka Two10 Degrees)<br>Suite 2<br>Ground Floor<br>18 Christchurch Road<br>Bournemouth<br>BH1 3NE Dorset<br>United Kingdom<br>contact@novasystemsuk.com | Satellite Airtime | $0.00 |
| Viasat, Inc.<br>6155 El Camino Real<br>Carlsbad, CA 92009 | Airtime Services | $22,056.33 |
| WIX *<br>10 W 18th Street<br>7th Floor<br>New York, NY 10011<br><br>WIX *<br>500 Tery A Francois Blvd.<br>6th Floor<br>San Francisco, CA 94158 | Software | $0.00 |

7

| | | |
|---|---|---|
| XSAT *<br>JAFZA 22 Building<br>PO Box 17040<br>Jebel Ali Free Zone<br>Dubai, UAE | Satellite Airtime | $0.00 |
| Zendesk *<br>989 Market Street<br>San Francisco, CA 94103 | Software | $0.00 |
| Customer Contracts | Satellite Airtime | $0.00 |

*Notes:*

1. The Debtor reserves the right to amend this Schedule, including, without limitation, (a) removing any agreement on the basis that such agreement is *not* an executory contract or unexpired lease, or (b) amending any amount disclosed herein.

2. The Debtor reserves and does *not* waive any claim, objection, or right of offset with respect to any agreement included on this Schedule.

8