**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MAIMI DIVISION**

| IN RE: | CASE NO. 23-15483-LMI |
|---|---|
| ATLANTIC RADIO TELEPHONE, INC., | CHAPTER 11 |
| Debtor. | |

**NOTICE OF FILING**
**SCHEDULE OF DESIGNATED EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that ATLANTIC RADIO TELEPHONE, INC., by and through undersigned counsel, hereby files the *Schedule of Designated Executory Contracts and Unexpired Leases* (the "Schedule"). The attached Schedule represents the executory contracts and unexpired leases designated by stalking horse bidder, Network Innovations US, Inc. The Stalking Horse Bidder reserves the right to add or remove any Section 365 Agreement. The attached Schedule is filed without prejudice to the rights of the Debtor to (a) object to any cure amount, and (b) contest that any Section 365 Agreement is an executory contract or unexpired lease.

**DATED:**  May 15, 2024.

                                            **SEESE, P.A.**
                                            101 N.E. 3rd Avenue
                                            Suite 1500
                                            Fort Lauderdale, Florida 33301
                                            Telephone No.: (954) 745-5897
                                            mseese@seeselaw.com

                                      By:      *s/Michael D. Seese*
                                              Michael D. Seese, Esq.
                                              Fla. Bar No. 997323

                                      *Attorneys for Debtor-in-Possession*

**SCHEDULE OF DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ESTIMATED CURE AMOUNTS**

| *Name of Counterparty* | *Type of Agreement* | *Estimated Amount to Cure (Pre- and Post-Petition)* |
|---|---|---|
| ACR Electronics<br>5757 Ravenswood Road<br>Fort Lauderdale, FL 33312 | Equipment and Airtime | $11,936.67 |
| Adobe<br>345 Park Avenue<br>San Jose, CA 95110 | Software | $0.00 |
| AdvanceTec Industries<br>1150 NW 163rd Drive<br>Miami, FL 33169 | Equipment | $0.00 |
| Antcom Corporation<br>367 Van Nexx Way<br>Suite 602<br>Torrance, CA 90501 | Equipment | $2,339.00 |
| AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-0752 | Internet | $0.00 |

1

| | | |
|---|---|---|
| Business Fusion<br>14205 SE 36th Street<br>Suite 100<br>Bellevue, WA 98006 | Billing Software | $0.00 |
| Digital Skies, LLC<br>4611 S. University Drive #454<br>Fort Lauderdale, FL 33328 | Airtime Billing | $6,765.00 |
| DOT Digital 1261 Broadway  Suite 306<br>New York, NY 10001 | Software | $0.00 |
| Formsite<br>11671 Lantern Road<br>Suite 300<br>Fishers, IN 46038 | Software | $0.00 |
| Frontier US Computer Corp.<br>1275 Business Park Drive<br>Traverse City, MI 49686 | Equipment | $0.00 |
| Furuno USA, Inc.<br>4400 NW Pacific Rim Blvd<br>Camas, WA 98607 | Equipment | $133,454.28 |

| | | |
|---|---|---|
| GlobalStar USA, LLC<br>1351 Holiday Square Blvd.<br>Covington, LA 70433 | Airtime | $0.00 (pre)<br>$3,988.13 (post) |
| GSE (SatCollect)<br>2429 SW 44th Terrace<br>Fort Lauderdale, FL 33317 | Airtime Services | $10,689.42 (pre)<br>$2,596.63 (post) |
| Inmarsat Solutions US, Inc.<br>2598 E. Sunrise Blvd.<br>Suite 210A<br>Fort Lauderdale, FL 33304 | Satellite Airtime | $22,798.19 (pre-)<br>$4,105.42 (post-) |
| Iridium Satellite, LLC<br>1750 Tysons Blvd.<br>Suite 1400<br>McLean, VA 22101 | Equipment and Airtime Services | $920,067.03 (pre-)<br>$203,427.22 (post-) |
| KVH Industries, Inc.<br>50 Enterprise Center<br>Middletown, RI 02842 | Hardware and Airtime Services | $97,026.84 (pre-)<br>$36,959.25 (post-) |
| Magento<br>345 Park Avenue<br>San Jose, CA 95110 | Software (Web hosting) | $0.00 |

3

| | | |
|---|---|---|
| Marlink, Inc.<br>3327 Sam Houston Pkwy E<br>Houston, TX 77047<br><br>Marlink, Inc.<br>3327 S. Sam Houston Pkwy E<br>Houston, TX 77047 | Satellite Airtime | $28,777.87 (pre-)<br>$14,087.83 (post-) |
| MetOcean Telematics<br>21 Thornhill Drive<br>Dartmouth, NS B3B 1R9<br><br>MetOcean Telematics<br>4296 Forbes Blvd.<br>Lanham, MD 20706 | Satellite Airtime | $0.00 |
| Microsoft<br>One Microsoft Way<br>Redmond, WA 98052 | Software | $0.00 |
| Network Innovations US, Inc.<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 S.E. 2nd Street<br>Suite 3105<br>Miami, FL 33131 | Hardware and Airtime Services | $1,326,738.25 (pre-)<br>$318,423.13 (post-) |
| Nexcess<br>2703 Ena Drive<br>Lansing, MI 48917 | Web hosting | $0.00 |

4

| | | |
|---|---|---|
| Oracle America, Inc.<br>c/o Shawn M. Christianson, Esq.<br>Buchalter PC<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105 | Netsuite Software | $25,928.44 (pre-)<br>$33,173.78 (post-) |
| PandaDoc<br>3739 Balboa Street<br>San Francisco, CA 94121 | Software | $0.00 |
| Rave Infosys, Inc. 3111<br>N. University Drive Suite 604<br>Pompano Beach, FL 33065 | IT Services | $27,345.00 (pre)<br>$2,400.00 (post) |
| Pivotel Solutions, Inc.<br>(Pivotel-MVS USA, Inc.)<br>2 Oakwood Boulevard<br>Suite 200<br>Hollywood, FL 33020 | Satellite Airtime | $256,300.08 (pre)<br>$81,086.30 (post) |
| Ring Central, Inc.<br>20 Davis Drive<br>Belmont, CA 94002 | Phone System | $0.00 |

5

| | | |
|---|---|---|
| Satcom Global, Inc<br>Tanners Bank<br>North Shields NE30 1JH<br>United Kingdom<br><br>emea@satcomglobal.com | Satellite Airtime | $53,827.96 (pre)<br>$9,261.50 (post) |
| SendGrid<br>101 Spear Street<br>Suite 500<br>San Francisco, CA 94105 | Software | $0.00 |
| ShopperApproved<br>155 31st Street<br>Ogden, UT 84401 | Software | $0.00 |
| Two10 Degrees<br>1 Brabazon Business Park<br>Golf Course Lane<br>Filton Bristol Avon<br><br>Nova Systems<br>(fka Two10 Degrees)<br>Suite 2<br>Ground Floor<br>18 Christchurch Road<br>Bournemouth<br>BH1 3NE Dorset<br>United Kingdom<br><br>contact@novasystemsuk.com | Satellite Airtime | $0.00 |

6

| | | |
|---|---|---|
| WIX<br>10 W 18th Street<br>7th Floor<br>New York, NY 10011<br><br>WIX<br>500 Tery A Francois Blvd.<br>6th Floor<br>San Francisco, CA 94158 | Software | $0.00 |
| XSAT<br>JAFZA 22 Building<br>PO Box 17040<br>Jebel Ali Free Zone<br>Dubai, UAE | Satellite Airtime | $0.00 |
| Zendesk<br>989 Market Street<br>San Francisco, CA 94103 | Software | $0.00 |

*Notes:*

1. The Stalking Horse Bidder reserves the right to amend this Schedule, including, without limitation, (a) adding any agreement, and (b) removing any agreement on the basis that such agreement is *not* an executory contract or unexpired lease.

2. The Debtor reserves and does *not* waive any claim, objection, or right of offset with respect to any agreement included on this Schedule.

3. The Debtor reserves and does *not* waive any right to dispute that any agreement is *not* an executory contract or unexpired lease.

7