

**ORDERED in the Southern District of Florida on July 29, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-15483-LMI |
| ART OLDCO, INC. (f/k/a ATLANTIC RADIO TELEPHONE, INC.), | CHAPTER 11 |
|     Debtor. | |

**ORDER GRANTING DEBTOR'S OMNIBUS MOTION FOR ENTRY OF ORDER
AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
PURSUANT TO 11 U.S.C. § 365 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6006**

**THIS MATTER** came before the Court on July 23, 2024, at 10:00 a.m., upon the

scheduled hearing (the "Hearing") on the Debtor's[1] *Omnibus Motion for Entry of Order*

*Authorizing Assumption and Assignment of Executory Contracts Pursuant to 11 U.S.C. § 365 and*

---

[1] Unless defined herein, defined terms shall have the meanings ascribed to such terms in the Motion.

*Federal Rule of Bankruptcy Procedure 6006* [ECF No. 207] (the "Motion"), and the Court, having reviewed the file, having heard the presentation of counsel, having found good and sufficient cause exists in support of the relief requested, based on the entire record of the Hearing, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Motion is GRANTED as provided herein.

2.      The Debtor is authorized to assume and assign the Agreements to the Purchaser.

3.      The Cure Amounts included on Exhibit "A" to the Motion are binding on the counterparties to the Agreements listed on Exhibit "A". The counterparties to the Agreements listed on Exhibit "A" to the Motion shall be, and hereby are, forever barred and enjoined from raising or asserting any cure claims against the Purchaser, the Debtor, or the Debtor's estate, including, where applicable, arising from, or relating to, the Agreements.

4.      To the extent necessary, the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified for purposes of implementing the provisions of this Order.

5.      **ANY COUNTERPARTY LISTED ON EXHIBIT "A' TO THE MOTION MAY REQUEST RECONSIDERATION OF THIS ORDER BY FILING WITH THE COURT A WRITTEN REQUEST FOR RECONSIDERATION NO LATER THAN FOURTEEN (14) DAYS FOLLOWING ENTRY OF THIS ORDER; OTHERWISE, THIS ORDER SHALL BE FINAL.**

6.      Debtor's counsel is directed to serve copies of this Order and the Motion on the counterparties to the Agreements in accordance with Rule 6006, Federal Rule of Bankruptcy Procedure, and file a certificate of service with the Court for such service.

7.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Telephone No.: (954) 745-5897
mseese@seeselaw.com

Copies to:

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.